4:07mc557

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DARRELL J. HARPER

V.                                                    CIVIL ACTION NO.

STATE OF TEXAS

United States District Court
Southern District of Texas
FILED
AUG 01 2018
David J. Bradley, Clerk of Court

## LEAVE

TO THE HONORABLE JUDGE LYNN N. HUGHES:

Plaintiff, Darrell J. Harper, would like written permission from this Court to bring a new lawsuit against Defendant, State of Texas, for Civil Rights Violation on the following grounds:

1. A preconceived opinion that makes it difficult to be impartial to the subject matter, broadens both the hyprocritical and bigotry ways of the world, if not restrained.

2. A preconceived opinion by the judge(s) about plaintiff's involvement in multiple lawsuits, as opposed to an opinion about the subject matter of plaintiff's civil rights being violated, is serious enough, and wrong enough, to be the basis for filing another new lawsuit.

3. A bias crime is a hate crime violating the public health, safety, or decency, which may be subject to a lawsuit or public prosecution.

Respectfully submitted,

Darrell J. Harper
7923 Dockal Rd.
Houston, Texas 77028
346-204-2180

1

## CERTIFICATION OF SERVICE

Plaintiff, Darrell J. Harper, do hereby certify that the Motion for Leave against Defendant, State of Texas, is true and correct for processing on or around Wednesday the 1st day of August 2018, in accordance with FRAP.

*Darrell J. Harper*
Darrell J. Harper